IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BOULDER RIVER CAPITAL CORPORATION and SPECULATOR CAPITAL CORPORATION, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:20-CV-516-RP |
| NANO CURES INC. and STEVE PAPERMASTER | § § § § | |
| Defendants. | § § | |

# **FINAL JUDGMENT**

Before the Court is the above entitled cause of action. On this day, the Court granted Plaintiff David & Angella Nazarian Family Trust's ("Plaintiff") Motion for Default Judgment, (Dkt. 61), as to Nano Cures Inc. and Steve Papermaster (collectively, "Defendants"). Accordingly, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that judgment is awarded in favor of Plaintiff David & Angella Nazarian Family Trust. The trust shall recover the following sum from Defendants Nano Cures Inc. and Steve Papermaster (jointly and severally with each other and with Nano Global Corp.): $2,795,462.33, plus post-judgment interest to be calculated and compounded pursuant to 28 U.S.C. § 1961, from the time of the entry of the judgment against Nano Global (Dkt. 49) until paid in full.

Upon providing the appropriate documentation, Plaintiff may recover its reasonable attorneys' fees and costs from Defendants as allowed by, and pursuant to, Federal Rule of Civil Procedure 54(d) and Local Rule CV-7(j).

All other relief requested is **DENIED**. This case is now **CLOSED.** The consolidated case,

*David & Angella Nazarian Family Trust v. Nano Global Corp.*, 1:20-CV-519-RP is **CLOSED**.

**SIGNED** on November 4, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE